UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 17-5211-JGB-KK** | Date: | November 22, 2017 |
|---|---|---|---|

Title:  *Kavin Maurice Rhodes v. Peter C. Swarth, et al.*

Present: The Honorable  KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

|  DEB TAYLOR  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order re Petitioner's Supplemental Pleadings [Dkts. 14, 15]**

The Court is in receipt of Plaintiff's Supplemental Pleading constructively filed on November 3, 2017, and Addendum to Supplemental Pleading constructively filed on November 9, 2017.[1] ECF Docket Nos. ("Dkts.") 14, 15.  The Court has reviewed the Supplemental Pleadings and finds they do not change the Court's analysis or conclusions in the November 13, 2017 Order Dismissing with Leave to Amend.  Dkt. 13, Order.  The Supplemental Pleadings, which attempt to add additional defendants and predicate acts, suffer from many of the deficiencies of the Complaint addressed in the November 13, 2017 Order.  Accordingly, as set forth in the November 13, 2017 Order, Plaintiff is reminded his deadline to file a First Amended Complaint curing the deficiencies of the Complaint is **December 4, 2017**.

        **IT IS SO ORDERED.**

---

[1]     Plaintiff's Supplemental Pleading was filed on November 13, 2017, and entered into the Court's electronic docketing system on November 20, 2017.  Dkt. 14.  Plaintiff's Addendum to Supplemental Pleading was filed on November 15, 2017, and entered into the Court's electronic docketing system on November 20, 2017.  Dkt. 15.

**CIVIL MINUTES—GENERAL**                         Initials of Deputy Clerk ___