Mr. Kavin M. Rhodes, D-20245
_____
FULL NAME

_____
COMMITTED NAME (if different)
Pelican Bay State Prison
_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O. Box 7500, B3-205

Crescent City, 95532
_____
PRISON NUMBER (if applicable)

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 12 2018

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:      DTS      DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KAVIN MAURICE RHODES,

PLAINTIFF,

v.

PETER C. SWARTH, et al.,

DEFENDANT(S).

CASE NUMBER
CV-17-5211-JGB(KK)
*To be supplied by the Clerk*
SECOND AMENDED COMPLAINT

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many?  Three in 30 years of incarceration.

   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
    Plaintiff __Rhodes__

    Defendants __Ohta, Gordon, Novotney, Judge, Feirrera, and prison officials.__

b.  Court __U.S. District Court, Central District of California__

c.  Docket or case number __2:12-cv-02863-JGB(DTB)__

d.  Name of judge to whom case was assigned __Hon. Jesus Bernal__

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __Rooker-Feldman__

f.  Issues raised: __RICO__

g.  Approximate date of filing lawsuit: __Jan. 1, 2012__

h.  Approximate date of disposition __N/A__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

    If your answer is no, explain why not

3.  Is the grievance procedure completed? ☑ Yes   ☐ No

    If your answer is no, explain why not

4.  Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION: 42 U.S.C. §§ 1983, 1985(3); Bivens v. Six Unknown Agents, 403 U.S. 388 (1971), 18 U.S.C. §§ 1961, 1962(d), 1964(c); 28 U.S.C. §§ 1331, 1367, 28 U.S.C. § 1965(b).

This complaint alleges that the civil rights of plaintiff __Kavin M. Rhodes__

(print plaintiff's name)

who presently resides at __Pelican Bay State Prison, P.O. Box 7500, B2-104, Ccescent City, CA 95532.__

(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at __Delano. and Pelican Bay, at the direction of Los Angeles Superior Court officials, and__

(institution/city where violation occurred)

__lawyers, and federal public Defenders.__

on (date or dates) ___2/1/14___   ___3/6/14___   ___3/6/14___.
                        (Claim I)        (Claim II)       (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   Hon. Sam Ohta _____ resides or works at
                  (full name of first defendant)
              Los Angeles Superior Court, 210 W. Temple Street, Los Angeles, CA 90011
                  (full address of first defendant)
              Judge
                  (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Appointing layers specifically to cheat Plaintiff out of his rights, and Instruct-

prison offciails to beat Plaintiff and to conficate his legal documents.

2. Defendant   Peter C. Swarth, Esq. _____ resides or works at
                  (full name of first defendant)
              6250 Platt Avenue, West Hills, CA 91307
                  (full address of first defendant)
              Lawyer
                  (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspiring with Judge Ohta, to deprive Plaintiff out of his rights, and the

suppression of exculpatory evidence.

3. Defendant   Antonio J. Bestard, Esq. _____ resides or works at
                  (full name of first defendant)
              101 West Mission Blvd., Suite 110-304, Pomona, CA 91766
                  (full address of first defendant)
              Laywer
                  (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspiring with Judge Ohta, and Peter C. Swarth, to deprive Plaintiff of his

rights, and the suppression of exculpatory evidence.

---

4. Defendant ___ . Tinsley _____ resides or works at
(full name of first defendant)

Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
(full address of first defendant)

Law Librarian
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with Attorney Generals Idan Irvy, and Noah P. Hill, to prevent Plaintiff
from having access to any legal material, to deprive of access to  the   court.

5. Defendant ___ . Santiago _____ resides or works at
(full name of first defendant)

Kern valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
(full address of first defendant)

Law Librarian
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with Attorney General's Idan Irvy, and Noah P. Hill, to prevent Plaintiff
from having access to any legal material, to deprive access to the court.

on (date or dates) _____, _____, _____.
(Claim I)                    (Claim II)                   (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant   Lt. C. Lesniak _____ resides or works at
                (full name of first defendant)

    Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
    (full address of first defendant)

    Correctional Officer
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendant Ohta, to retaliate against Plaintiff for filing a civil
suit, in the form of physical abuse against Plaintiff.

2.  Defendant   . Bowen _____ resides or works at
                (full name of first defendant)

    Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
    (full address of first defendant)

    Correctional Officer
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendants Rios and Lazono, to cover-up their physical abuse of
Plaintiff, and prevented access to the Administrative Appeals process.

3.  Defendant   Sgt. J. Anderson _____ resides or works at
                (full name of first defendant)

    Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
    (full address of first defendant)

    Correctional Officer
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendant Ohta, and Swarth, to have Plaintiff placed in the hole,
as a ruse to steal back a discovery motion filed by defendant Swarth.

4. Defendant   Lt. Sandoval _____ resides or works at
                (full name of first defendant)

Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
(full address of first defendant)

Correctional Officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with Defendant Lesniak to cancel Plaintiff's administrative appel, to
keep covered-up Lesniak's conspiring with Defendant Ohta, to assualt Plaintiff.

5. Defendant   Lt. M. Stewart _____ resides or works at
                (full name of first defendant)

Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
(full address of first defendant)

Correctional Officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendant Ohta, and Attorney General Noah P. Hill, to prevent
Plaintiff from filing a Reply to Hill's Opposition to Plaintiff's Request to file
a Second or Secessive Petition for Writ of Habeas Corpus, in Rhodes v. Biter,
Case No. 14-70402 (9th Cir. 2014).

on (date or dates) _____ , _____ , _____
                              (Claim I)              (Claim II)              (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant   Sgt. P. Chanello _____ resides or works at
                (full name of first defendant)
                Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
                (full address of first defendant)
                Correctional Officer
                (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:
    Conspired with defendant Anderson, Ohta, and Swarth, to have Plaintiff placed in
    the hole on false rules violation reports, as a ruse to steal back Swarth's discovery
    Motion.

2.  Defendant   Sgt. Martinez _____ resides or works at
                (full name of first defendant)
                Kern Valley State Prison
                (full address of first defendant)
                Correctional Officer
                (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:
    Conspired with defendant Lesniak to cancel Plaintiff's administrative appeal, to
    keep covered-up Lesniak's conspiring with Defendant Ohta, to assault Plaintiff.

3.  Defendant   Sgt. Rodriguez _____ resides or works at
                (full name of first defendant)
                Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
                (full address of first defendant)
                Correctional Officer
                (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:
    Conspired with Defendant Lesniak, to cancel Plaintiff's administrative appeal, to
    keep covered-up Lesniak's conspiring with Defendant Ohta, to assault Plaintiff.

4. Defendant   C/O Dyer _____ resides or works at
              (full name of first defendant)
   Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
              (full address of first defendant)
    Correctional Officer
              (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Dyer conspired with defendants Lesniak and Ohta to retaliate against Plaintiff
   for filing a civil suit, by assisting Lesniak in physically torturing Plaintiff.

5. Defendant   Lt. P. Denny _____ resides or works at
              (full name of first defendant)
   Kern Valley State Prison, 3000 Cecil Ave., Delano, CA 93126
              (full address of first defendant)
   Correctional Officer
              (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired with defendants Anderson, Ohta, Swarth, Rios, and Lazano, to confiscate
   all of Plaintiff's legal papers, and physically abuse Plaintiff.

on (date or dates) _____ , _____ , _____ .
                        (Claim I)              (Claim II)             (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   R. Lazano
   _____ resides or works at
   (full name of first defendant)
   Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
   (full address of first defendant)
   Correctional Officer
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired with defendants Rios, Benevidas, and Ohta, to bet Plaintiff, and to
   deprive him of all his legal property, for attempting to access the courts.

2. Defendant   . Babcock
   _____ resides or works at
   (full name of first defendant)
   Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
   (full address of first defendant)
   Litigation Coordinator
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired with defendants Rios, Benevidas, Ohta, and Lazano, to beat Plaintiff, and
   to have Plaintiff transferred to Pelican Bay State Prison, for more physical abuse.

3. Defendant   . Leyva
   _____ resides or works at
   (full name of first defendant)
   Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
   (full address of first defendant)
   ASU2 Correctional Counselor
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired with defendants Pfieffer, Ducart, Bevevidas, Otha, and Swarth, to have
   Plaintiff transfered to Pelican Bay State prison, for more physical abuse, and
   to completely confiscate all of Plaintiff's case files, to effectively prevent him
   from filing any court actions.

on (date or dates) _____ , _____ , _____
                         (Claim I)            (Claim II)           (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant    C. Rios _____ resides or works at
                 (full name of first defendant)
                 Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
                 (full address of first defendant)
                 Correctional Officer
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with defendants Ohta, Benavidas, Anderson, and P. Chanello, to beat

Plaintiff, and throw him in the hole as a ruse to steal all his legal property.

2.  Defendant    Sgt. Nuckles _____ resides or works at
                 (full name of first defendant)
                 Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
                 (full address of first defendant)
                 Correctional Officer
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with defendant Lt. Stewart, and attorney General Noah P. Hill (not

named as a defendant) to throw Plaintiff in the hole and to assualt Plaintiff.

3.  Defendant    Lt. Fitzpatrick _____ resides or works at
                 (full name of first defendant)
                 Kern Valley State Prison, 3000 West Cecil Ave., Delano, CA 93216
                 (full address of first defendant)
                 Correctional Officer
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with defendants Rios and Lazano, to cover-up their phsyical abuse of

Plaintiff, and the damage to his typewriter.

---

4. Defendant    Lt. Ostrander _____ resides or works at
                (full name of first defendant)

Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
(full address of first defendant)

Correctional Officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendants Rios and Lazano, to find Plaintiff guilty for a false
rules retaliatory rules violation report, and conspired in the interception of all
Plaintiff's mail.

5. Defendant    Lt. Betzinger _____ resides or works at

(full name of first defendant)

Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
(full address of first defendant)

Correctional Officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendant Ohta, Anderson, P. Channelo, and Swarth, to find Plaintiff
guilty of a false retaliatory Rules violataion, as a means to justify the withhold-
ing of all of Plaintiff's legal property, confiscated by the ruse implemented
by Anderson and Chanello.

on (date or dates) _____ , _____ , _____ .
                        (Claim I)                    (Claim II)                    (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   V. Benivadias _____ resides or works at
                 (full name of first defendant)
     Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
     (full address of first defendant)
     Correctional Officer
     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with  defendant Ohta, to have Plaintiff harmed by other inmates, in the

schemes to force Plaintiff to withdraw his discovery motions.

2.   Defendant   B. Cope _____ resides or works at
                 (full name of first defendant)
     Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
     (full address of first defendant)
     Correctional Officer
     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendants Lazano and Rios, to fabricated rules violation reports

filed in retaliation for the excercise of the right of access to the courts.

3.   Defendant   . Hunter _____ resides or works at
                 (full name of first defendant)
     Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
     (full address of first defendant)
     IGI Officer
     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendants Cope, Lazano and Rios to fabricate retaliatory rules

violation reports.

---

on (date or dates) _____ , _____ , _____ .
                       (Claim I)          (Claim II)          (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant   <u>B. Valdez</u>                              resides or works at
                     (full name of first defendant)
                 <u>Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216</u>
                     (full address of first defendant)
                 <u>ASU2 Legal/Property Officer</u>
                     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
<u>Admittedly conspired with defendant Ohta, to deprive Plaintiff of access to any legal material.</u>

2.  Defendant   <u>Sgt. Fehlman</u>                        resides or works at
                     (full name of first defendant)
                 <u>Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216</u>
                     (full address of first defendant)
                 <u>Correctional Officer</u>
                     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
<u>Conspired with defendants Ohta and Valdez to retaliate against Plaintiff.</u>

3.  Defendant   <u>C. Wincewicz</u>                       resides or works at
                     (full name of first defendant)
                 <u>Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216</u>
                     (full address of first defendant)
                 <u>Correctional Officer</u>
                     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
<u>Conspired with defenants Ostrander, and Ohta, to assure that Plaintiff could not send or receive mail, holding Plaintiff incummicado.</u>

4.  Defendant   Jeffery Beard _____ resides or works at
                (full name of first defendant)
                Kern Valley State Prison, 3000 Cecil Ave., Delano, CA 93216
                (full address of first defendant)
                Warden (A)
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with each of his subordinates, in the campaign of torture, implemnted

as a custom and practice, against imates that excercise the right of court access.

5.  Defendant   Christain Pfieffer _____ resides or works at
                (full name of first defendant)
                Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
                (full address of first defendant)
                Warden (A)
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with defendants Ohta, Leyva, and C.E. Ducart, to have Plaitniff transferred

to Pelican Bay Prison for torture, and all lehal and persnal property confiscated.

on (date or dates) _____ . _____ . _____ .
                             (Claim I)                (Claim II)               (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant    Robert Barton _____ resides or works at
                  (full name of first defendant)
                  10111 Old Placerville Rd., #200, Sacramento, CA 95812
                  (full address of first defendant)

                  Inspector General
                  (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with Kern Valley Prison Officials, to cover-up their misconduct, as made in complaints to the defendant Barton.

2.  Defendant    Scott Kernan _____ resides or works at
                  (full name of first defendant)
                  1515 S Street, #27-N, Sacramento, CA 95819
                  (full address of first defendant)

                  Secretary of Corrections
                  (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
Conspires with Wardens to create municipal policies and procedures, that allows for the utter and complete confiscation of personal and legal property, converted to their own use.

3.  Defendant    Kathleen Allison _____ resides or works at
                  (full name of first defendant)
                  1515 S Street, Sacramento, CA 95819
                  (full address of first defendant)
                  Director of Adult Institutions
                  (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
Conspires with Warddens to create municipal policies and procedures, that allows for the utter and complete confiscation of personal and legal property, converted to their own personal use.

4.  Defendant   P. Melton
                 (full name of first defendant)                                                         resides or works at
                 Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
                 (full address of first defendant)
                 Mailroom Captain
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Obstruction of the passage of Plaintiff's incoming mail, in conspiracy with defend-
ants Wenciwicz and Ostrander, to prevent Plaintiff from re-obtaining legal papers.

5.  Defendant   Sgt. Anderson
                 (full name of first defendant)                                                         resides or works at
                 Pelican Bay State Prison, 5905 Lake Earl Drive., Crescent City, CA 95532
                 (full address of first defendant)
                 R&R Sergeant
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
Conspired with Kern Valley State Prison Officials, to destroy Plaintiff's typewriter,
and personal and Legal Property, in retaliation for filing law suits and court
actions.

on (date or dates) _____ , _____ , _____ .
                        (Claim I)              (Claim II)             (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant    E. Williams _____ resides or works at
                (full name of first defendant)
    Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
    (full address of first defendant)
    R&R Property Officer
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Conspired to fabricated property documents, for the confiscation of all of Plain-
tiff's personal and legal property, along with defendant Anderson.

2. Defendant    E. Williams _____ resides or works at
                (full name of first defendant)
    Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
    (full address of first defendant)
    R&R Property Officer
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Conspired to fabricate property documents, for the confiscation of all of Plain-
tiff's personal and legal property, along with defendant Anderson.

3. Defendant    B. Howe _____ resides or works at
                (full name of first defendant)
    Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
    (full address of first defendant)
    Property Officer
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendant Anderson, to confiscate all of Plaintiff's personal and
legal property, completing the rubicon of Kern Valley prison officials schemes.

4.  Defendant   S. Mendoza _____ resides or works at
          (full name of first defendant)
          Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
          (full address of first defendant)
          R&R Property Officer
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Conspired to fabricate property documents, for the confiscation of all of Plaintiff's
personal and legal property, along with defendant Anderson.

5.  Defendant   A. Benafield _____ resides or works at
          (full name of first defendant)
          Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
          (full address of first defendant)
          Correctional Officer
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendant Anderson, in the confiscation of all of Plaintiff's personal
and legal property.

on (date or dates) _____, _____, _____.
                     (Claim I)            (Claim II)            (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   . Valdez _____ resides or works at
                   (full name of first defendant)
                   Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
                   (full address of first defendant)
                   Correctional Officer
                   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
Conspired with defendant Anderson  in the confiscation of all Plaintiff's personal and legal property.

2.   Defendant  Sgt. Davis _____ resides or works at
                   (full name of first defendant)
                   Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
                   (full address of first defendant)
                   Correctional Officer
                   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
Conspired to create false property documents, in the confiscation of all of Plaintiff's personal and legal property.

3.   Defendant  C. Gonzales _____ resides or works at
                   (full name of first defendant)
                   Kern Valley State Prison, 3000 W. Cecil Ave., Delano, CA 93216
                   (full address of first defendant)
                   Appeals Coordinator
                   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with Pelican Bay State Prison N. Bramucci, AGPA, to create an administrative appeals proceedure, to assure that none of Plaintiff's property appeals were ever addressed and/or heard.

4.  Defendant   N. Bramucci _____ resides or works at
                (full name of first defendant)

Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
(full address of first defendant)

   AGPA
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendant Anderson, to assure that none of Plaintiff's property

 appeals were ever addressed as such, by re-labling the appeals as staff complaints.

5.  Defendant   J.D. Smith _____ resides or works at

                (full name of first defendant)

   Global ePoint
(full address of first defendant)

   President of an Eltronic Company
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspiring with prison officials to abuse Plaintiff.  And Smith is Plaintiff's former
trial judge, that is his private capacity, does business with California Department
of Corrections, as Global ePoint, and is behind the scenes, directing prison officials
to abuse Plaintiff, and to intimidate Plaintiff to refrain from discovering the
nature of the relationship between J. Smith, and Officer Smith.  To Which defendant
Stewart upon his beating Plaintiff in reference to judge Smith said, "That judge is
going to make sure you die in prison."

on (date or dates) _____, _____, _____.
                        (Claim I)            (Claim II)            (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   B. Buckhorn _____ resides or works at
   _____(full name of first defendant)_____
   Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
   _____(full address of first defendant)_____
   CCII Correctional Counselor
   _____(defendant's position and title, if any)_____

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with Kern Valley Prison Officials to set up cell fights, in retaliation
for Plaintiff's right of access to the courts.

2. Defendant   J. Ryan _____ resides or works at
   _____(full name of first defendant)_____
   Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
   _____(full address of first defendant)_____
   CCII Correctional Counselor
   _____(defendant's position and title, if any)_____

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with both defendant Buckhorn to set up cell fights, and with defendant
Ohta, and Bestard, sending their threats, causing Plaintiff to withdraw is discovery
motion.

3. Defendant   C.E. Ducart _____ resides or works at
   _____(full name of first defendant)_____
   Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
   _____(full address of first defendant)_____
   Warden
   _____(defendant's position and title, if any)_____

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with defendant Pfieffer, to implement a special warden-towarden transfer
of Plaintiff from Kern Valley to Pelican Bay, along with defendant Leyva, for more
torture, abuse, and the confiscation of all Plaintiff's personal and legal property.

4.  Defendant  C. Parry
    (full name of first defendant) _____ resides or works at
    Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
    (full address of first defendant)
    Mail Room Captain
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspires with Kern Valley Prison Officials, to assure that Plaintiff is not allowed
to re-obtain any of his legal documents through the mail.

5.  Defendant  Jim Robertson
    _____ resides or works at
    (full name of first defendant)
    Pelican Bay State Prison, 5905 Lake Earl Dr., Crescent City, CA 95532
    (full address of first defendant)
    Warden
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Successor to Warden C.E. Ducart, FRCP. 25(d)(1)(2), and Conspires with defendants
Allision, and Kernan, to create  lockdows, to confiscate Plaintiff's Personal
and legal property, to prevent the filing of the instant Second Amended RICO
Complaint.

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**                    Page 4 of 6

on (date or dates) _____, _____, _____.
              (Claim I)         (Claim II)        (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant  Jackie Lacie, Esq. _____ resides or works at
      (full name of first defendant)
      211 W. Temple Street, Suite 1200, Los Angeles, CA 90012
      (full address of first defendant)

      Los Angeles District Attorney, sued for injunctive relief.
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
Refuses to respond to Plaintiff's complaints with respects to each of the defend-
ant's violation of Penal Code § 141; denial of equal protection, police protection.

2.   Defendant  Tom Holmes (retired) _____ resides or works at
      (full name of first defendant)
      211 W. Temple Street, Suite 1200 Los Angeles, CA 90012
      (full address of first defendant)

      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with John Crouchley and Lana Choi, to create false Murder Book
evidence, to be used at the evidentiary hearing, to defraud Plaintiff.

3.   Defendant  Eugina Brown _____ resides or works at
      (full name of first defendant)
      Los Angeles County Bar Association, 845 S. Figueroa Street, Los Angeles,
      (full address of first defendant)
      CA 90017/ Program Administrator-ICDA
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Generated a false email to solicit counsel, claiming that Plaintiff both filed State
Bar complaints and sued Swarth, resulting in the appointment of corrupt Bestard.

4. Defendant   John S. Crouchley, Esq. And United States Government,   resides or works at
   (full name of first defendant)
   321 E. 2nd Street, Los Angeles, CA 90012
   (full address of first defendant)
   Federal Public Defender
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspires with the City Attorney, LAPD Custodian of Records, and Attorney General
Xavier Becerra, and Hector Becerra to deprive Plaintiff of his constitutional rights.

5. Defendant   Idan Irvy   resides or works at
   (full name of first defendant)
   300 S. Spring Street, Suite 1702, Los Angeles, CA 90013
   (full address of first defendant)
   Deputy Attorney General
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspires with defendant Crouchley, to deprive Plaintiff of his right of presence
at the evideniary hearing , to consummate the creation of fase evidence.


Defendant Raymond J. Fuentes, Esq.       Sued in his individual capacity
Los Angeles County District Attorney
700 N. Central Avenue, Suite 450
Glendale, CA 91203-2602


Fuentes Conspires with Crouchley and Irvy, to create false murder book evidence.

on (date or dates) _____ , _____ , _____ .
                      (Claim I)              (Claim II)            (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   Lana Choi, Esq. _____ resides or works at
                 (full name of first defendant)
                 648 Kenneth Hahn Hall of Admin., 500 W. Temple Street, Los Angeles, CA
                 (full address of first defendant)
                 90012-2713
                 County Counsel
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Concpired with John Crouchley, and Lanna Choi, Choi, and Tom Holmes, to create

False Murder Book evidence, for the evidentiary hearing.

2.   Defendant   Chung Cho, Esq. _____ resides or works at
                 (full name of first defendant)
                 201 North Los Angeles Street, L.A. Mall, Space 301A, Los Angeles, CA
                 (full address of first defendant)
                 90012./ Lawyer.
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired a Motion to Qaush Subpeona Duces Tecum Procedure, along with John S.

Crouchley, for the purpose of blocking Plaintiff access to Det. Baird's personnel
files.

3.   Defendant   Miarissa Kessler _____ resides or works at
                 (full name of first defendant)
                 Los Angeles Police Dept., P.O. Box 30158, Los Angeles, CA 90030
                 (full address of first defendant)
                 Custodian of Records
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspires with John S. Crouchley, to cheat Plaintiff out of his discovery rights.

_____

_____

4. Defendant    Cephas Sund                              resides or works at
(full name of first defendant)
     Los Angeles Police Department, P.O. Box 30158, Los Angeles, CA 90030
(full address of first defendant)
     Custodian of Records
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with John S. Crouchley, to deprive Plaintiff out of his discovery rights.

5. Defendant    James Patterson Fox                      resides or works at
(full name of first defendant)

(full address of first defendant)
     President of the California State Bar
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
Implented Procedures of the State Bar, which allows imposter complaint reviewers
to file false complaint responses, and in some cases, the Bar have not responded
at all, to Plaintiff's complaints.  Depriving Plaintiff of a State Created Liberty
Interest.

on (date or dates) _____ , _____ , _____ .
             (Claim I)          (Claim II)        (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  Sgt. Silva _____ resides or works at
          (full name of first defendant)
      5905 Lake Earl Dr., Crescent City, CA 95532
          (full address of first defendant)
      Correctional Sergeant
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with defendants Allison, Kernan, and Robertson, to confiscate all of Plaintiff's personnel typewriter ribbons, pens, and pencils, to prevent the filing of the instant amended complaint.

2.  Defendant  A. Loza _____ resides or works at
          (full name of first defendant)
      5905 Lake Earl Dr., Crescent City, CA 95532
          (full address of first defendant)
      Correctional Officer
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with defendants Allision, Kernan, Robertson, Silva, to confiscate all of Plaintiff's personal typewriter ribbons, pens, and pencils, to prevent the filing of the instant amended complaint.

3.  Defendant  A. Lampley _____ resides or works at
          (full name of first defendant)
      5905 Lake Earl Dr., Crescent City, CA 95532
          (full address of first defendant)
      Correctional Offifer
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired with defendants  Allision, Kernan, Robertson, Silva, Loza, to confiscate all of Plaintiff's personal typewriter robbons, pens, and pencils to prevent the filing the of the intant amended complaint.

26 - A

4.  Defendant        Lt. McBride _____ resides or works at
                  (full name of first defendant)
                  5905 Lake Earl Dr., Crescent City, CA 95532 _____
                  (full address of first defendant)
                  Correctional Lieutenant _____
                  (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendants Onley, Silva, Lampley, Loza, Allison, Kernan, Robertson,
to find Plantiff GUILTY of a fabricated rules violation report, in retaliation for
the pursuit of this action.

5.  Defendant        T. Onley _____ resides or works at
                  (full name of first defendant)
                  5905 Lake Earl Dr., Crescent City, CA 95532 _____
                  (full address of first defendant)
                  Correctional Officer _____
                  (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Conspired with defendants Allison, Kernan, Robertson, McBride, Silva, Loza,
Lampley, to file fabricated rules violation reports against Plaintiff in retaliation
for the pursuit of this case, and used prisoners to deliver his threats to make it
worst on Plaintiff if Plaintiff file administrative grievance for this misconduct.

---

**CIVIL RIGHTS COMPLAINT**

26 - B

## D. CLAIMS*

**CLAIM  I**

The following civil right has been violated:

Plaintiff  contends that defendant Lesniak both conspired with defendant Ohta, 18 U.S.C. § 1962(d) and entered into an agreement to physically harm Plaintiff to intimidate Plaintiff not to file an appeal in the previous RICO Suit Rhodes v. Gordon,  Case No. cv-12-02863-JGB(DTB), in violation of the Hobbs Act, 18 U.S.C. § 1951(a), to obstruct justice, 18 U.S.C. §§ 1512(c)(2), 1519.  As a regular that this accociation in fact RICO enterpise conduct their business.  18 U.S.C. §§ 1961(5), 1962(c).

Predicate Acts One and Two.  And is First Amendment retaliation, and violation of Plaintiff's Eighth Amendment right to be free of cruel and unusal punishments.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about February 1, 2014, to coretional officers came to Plaintiff's cell, and said, "Lt. Lesniak wants to speak to you."  When plaintiff asked what for?  They doused Plaintiff with chemicle agents, and placed Plainiff in a '3x3' cage for two hours gasping from the chemicle agents, without decontamination.  Thereafter, Lt. Lesniak came to the holding cage and said, "Rhodes, I'm go[ing] to deal with you right now!" at which time, Lesniak placed handcuffs on Plaintiff's wrist tightly behind his back, escorted Plaintiff out of the holding cage to the front of the program office, where to correctional officers waited, and without provocation threw Plaintff to the ground face-first.  C/O Dyer placed leg irons on Plaintiff, and Lesniak with all his body weight stood on top of the handcuffs, saying "dont' want to hear about you appealing that RICO suit against Judge Ohta (Rhodes v. Gordon, Case No. 2:12-cv-02863-JGB(DTB), and for several weeks thereafter, Plaintiff had lost all sensation in both hands, as a result of Lesniak's abuse, by standing on top of the handcuff's, a torture tactic for the purpose of damaging one's hands.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## D. CLAIMS*

### CLAIM 2

The following civil right has been violated:

Defendants Rodriguez, Martinez, and Sandoval, conspired with defendant Lesinak, to try and intimidate Plaitniff into voluntary withdrawing his administrative appeal against Lesniak, to which Plaintiff has a state law property interest in. Extortion under the color of official right. Cal. Penal Code, §§ 518-523; 18 U.S.C. § 1961(A), and a violation of the Hobbs Act. 18 U.S.C. § 1951(a). **Predicate Act Three.** And is also First Amendment retaliation.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On March 6, 2014, defendants Martinez, Rodriguez and Sandoval, called Plaintiff to the program office, under the guise of an appeal interview, based on defendant Lesniak's assults on Plaintiff. However, defendants Martinez, Rodriguez, and Sandoval, made all manner of threats to Plaintiff in the attempt to force him to withdraw the appeal, to inclde the threat of more physical abuse. And because Plaintiff fully cooperated in the appeal interview (which the defendants video tapped interview will show) Martinez, Rodriguez, and Sandoval. Fraudulently cancelled Plaintiff's appeal against Lesniak, forcing Plaintiff to file yet a second futile appeal, to exhaust Martinez, Rodriguez, and Sandoval's misconduct.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**CIVIL RIGHTS COMPLAINT**

## D. CLAIMS*

**CLAIM 3**

The following civil right has been violated:

Defendants Lt. M. Stewart, and Sgt. Nuckles, conspired with Lesniak, and Attorney General Noah P. Hill (not named as a defendant) to retaliate against Plaintiff for filing both Administrative grievances, Motion in the Ninth Circuit, to file a Second or Successive Petition in case Rhodes v. Biter, Case No. 14-70204 (9th Cir. 2014), and a State Bar Complaint against Hill. In violation of the Hobbs Act. 18 U.S.C. §§ 1951(a), 1962(d). Predicate Act Four. As well as, First Amendment retaliation.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On March 6, 2014, after Plaintiff was allowed to return to his cell after the ruse appeal interview by Martinez, Rodriguez, and Sandoval. Lt. Stewart and Sgt. Nuckles came to Plaintiff's cell attempting to take Plaintiff to the hole, for filing the Appeal on Lesniak. And Plaintiff refused to exit the cell, and they assembled a cell-extraction team in full riot gear. At which time, Plaintiff informed Steward, that he knew that it was actually Noah P. Hill, behind that scheme. And Steward went to the phone, and came back and said, "Rhodes you pulled a rabit out of the hat, you're not going to the hole today. And admitted to Plaintiff that it was in fact Hill calling that shot. And Stewart then said, "come out of that cell, so we can search it, and they want you to come to work to day." And Plaintiff complied. As Plaintiff arrived at his job, there was Nuckles, who said, "you're lucly, I was anxious to come in there and crack your neck. Nuckles had also assembled a large mass of prisoners with him, to whom he had falsely told that group of Crip Gang Members, that Plaintiff was a rival Blood Gang member, and they all called Plaintiff "Blood" and wanted to fight Plaintiff.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Continued.....

Claim 3 continued:

Lt. Stewart when on to say, "I told you the last time I kicked your ass, that Judge Smith is going to make sure you die in prison, one way or the other."