UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>Plaintiff,<br><br>v.<br><br>PETER C. SWARTH, ET AL.,<br><br>Defendants. | Case No. CV 17-5211-JGB-KK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

Moreover, in light of this Order dismissing the action with prejudice and without leave to amend, there is no operative complaint or pending action. Hence, Plaintiff's request for a preliminary injunction, dkt. 42, is DENIED. <u>Coalition for Econ. Equity v. Wilson</u>, 122 F.3d 692 (9th Cir. 1997) (denying preliminary injunction where plaintiffs failed to show a likelihood of success on their underlying civil rights complaint).

IT IS THEREFORE ORDERED that (1) Judgment be entered dismissing Plaintiff's Second Amended Complaint with prejudice and without leave to amend, and (2) Plaintiff's request for a preliminary injunction is DENIED.

Dated: September 25, 2018

HONORABLE JESUS G. BERNAL
United States District Judge