JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>Plaintiff,<br><br>v.<br><br>PETER C. SWARTH, ET AL.,<br><br>Defendant(s). | Case No. CV 17-5211-JGB-KK<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's Second Amended Complaint is dismissed with prejudice and without leave to amend.

Dated: September 25, 2018

HONORABLE JESUS G. BERNAL
United States District Judge